# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**EMANUEL POTTS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-0946

[March 8, 2018]

Appeal of order denying rule 3.850 motion from the Seventeenth Judicial Circuit, Broward County; Raag Singhal, Judge; L.T. Case No. 06-007219CF10A.

Carey Haughwout, Public Defender, and Narine N. Austin, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Anesha Worthy, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***